ACCEPTED
04-14-00275-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/18/2015 4:08:41 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00275-CV

## IN THE COURT OF APPEALS
## FOR THE FOURTH JUDICIAL DISTRICT
## SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/18/2015 4:08:41 PM
KEITH E. HOTTLE
Clerk

### ADRIANA P. PEREZ
*Appellant*

### VS.

### WEBB COUNTY, TEXAS
*Appellee*

---

## ON APPEAL FROM CAUSE NO. 2011CVT000305 D2 IN THE
## 111TH JUDICIAL DISTRICT COURT OF WEBB COUNTY, TEXAS

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR
## REHEARING AND MOTION FOR EN BANC RECONSIDERATION

---

Appellee Webb County requests an extension of time to file its Motion for Rehearing and Motion for En Banc Reconsideration pursuant to Rule 10.5 (b)(1) and 49.8 of the Texas Rules of Appellate Procedure. The current deadline is June 18, 2015. Appellee requests an extension of fourteen (14) days, for a new deadline of July 2, 2015. No previous extensions have been requested.

This extension is necessary because Molly Higgins Santos, as the Supervising Litigation Attorney for the Webb County Attorney's Office has been involved in complex litigation of other claims and cases, therefore appellate counsel needs additional time to review the record

1

and authorities so that she can prepare a thorough and helpful Motion for Rehearing and Motion for En Banc Reconsideration.

This extension is sought not for purposes of delay and no party will be prejudiced if it is granted.

For these reasons, Appellee respectfully requests that this Court grant a fourteen (14) day extension of time to file its Motion for Rehearing and Motion for En Banc Reconsideration, for a new deadline of July 2, 2015.

Respectfully submitted,

MARCO A. MONTEMAYOR
WEBB COUNTY ATTORNEY


BY: /s/ Molly Higgins Santos
    **MOLLY HIGGINS SANTOS**
    Assistant County Attorney
    State Bar No. 09599100
    1110 Washington St., Suite 301
    Laredo, Texas 78040
    Email: mhiggins@webbcountytx.gov
    Telephone: (956) 523-4044
    Facsimile: (956) 523-5005

**ATTORNEYS FOR DEFENDANT,
WEBB COUNTY, TEXAS**

2

## CERTIFICATE OF CONFERENCE

I certify that on June 18, 2015, I communicated with John Blaise Gsanger, Attorney for Appellant, regarding this Motion for Extension of Time and he stated that his client does not oppose this motion.

*/s/ Molly Higgins Santos*
**MOLLY HIGGINS SANTOS**
Assistant County Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2015, I electronically filed the foregoing Unopposed Motion for Extension of Time to File Motion for Rehearing and Motion for En Banc Reconsideration with the Clerk of the Court using the E-file system to the following:

John Blaise Gsanger
THE EDWARDS LAW FIRM
Frost Bank Plaza, Ste. 1400 (78470)
P. O. Drawer 480
Corpus Christi, Texas 78403

R. Blake Brunkenhoefer
BRUNKENHOEFER | TURMAN, PLLC
500 N. Shoreline Blvd., Suite 1100
Corpus, Christi, Texas 78401-0354
Email: bbrunk@gulfattorneys.com

/s/ Molly Higgins Santos
MOLLY HIGGINS SANTOS
Assistant Webb County Attorney

4